UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEJANDRO PROSPER | : | CRIMINAL NO.   3:18-cv-00090(AWT) |
| | : | |
| | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | JULY 3, 2020 |
| | : | |
| | : | |

THIRD MOTION TO CONTINUE HABEAS HEARING

The Petitioner, Alejandro Prosper, commonly known as Alex Prosper, by and through the undersigned counsel, respectfully requests that this Court continue the presently scheduled July 10, 2020 hearing under 28 USC 2255 in this case, and to reschedule the hearing for a later date at the convenience of the court. The Petitioner respectfully requests that his matter be continued because he has been released and is now working full time on the second shift at an industrial distributor. He has begun his review of the materials that were filed and that counsel has prepared in his case, but he needs more time to fully review and to obtain evidence of good conduct from FCI Beckley, in West Virginia, and the Residential Drug Abuse Program (RDAP) there, which the Petitioner successfully completed prior to his release into the community. Mr. Prosper is presently living at home where he is employed full time on the second shift from 8pm until 5am daily.

In further support of this Motion to continue, the Petitioner respectfully states the following:

(1)    A habeas proceeding is presently scheduled in this case before the Honorable Court July 10, 2020.

(2)    Appointed counsel for the petitioner has consulted with the petitioner

twice this week with regard to the issues being addressed in his proceeding.

 (3) Petitioned indicated that he needed more time to digest the materials that appointed counsel forwarded to him on his 2255 case, and he said said he would work on their review this weekend and at other times when he is free from work. Appointed counsel is continuing to pursue the investigation of the case and claims raised by the petitioner, and he has requested information on the Petitioner's good conduct through the RDAP program at FCI Beckley.

(4) Counsel has discussed the timing of the hearing of Mr. Prospers petition with the Government, (AUSA Deb Slater), and the government takes no position as to this requested continuance.

(5)   Counsel for Mr. Prosper will be able to further consult with the petitioner, and he will be able to more effectively complete discussions, as well as narrow issues with him regarding his petition, once he has fully reviewed the materials provided to him by the undersigned counsel.

**WHEREFORE**, counsel for the Petitioner respectfully moves the Court to continue the hearing until a further date convenient to its calender.

Respectfully Submitted,

/s/*Michael R. Hasse*

_____

Michael R. Hasse, No.ct12289
Attorney for Defendant Alejandro Prosper
89 Hempstead Street
New London, CT 06320
(860) 444-2711 fax: (860) 437-7726
hasselaw@yahoo.com

Dated: July 3, 2020

## CERTIFICATE OF SERVICE

This is to certify the foregoing was delivered to the following counsel of record by filing a copy of the same on the Court's electronic filing system (CM/ECF) on July 3, 2020, which will send a copy to all counsel of record.

*/s/Michael Hasse,* ct12289